**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **DORIS CALLOWAY,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **DOCKET NO.: 2:22-cv-00005** |
| | ) | **JURY DEMAND** |
| **CHANCE DIXON,** | ) | |
| **Defendant.** | ) | |

**MOTION FOR PERMISSION TO FILE VIDEO DVD AS EXHIBIT TO COMPLAINT**

Plaintiff, by and through counsel, requests permission to file with the Court a DVD containing videos of the interactions between Ms. Calloway and Defendant Dixon, as described in the Complaint, to be treated as an exhibit to the Complaint and to be served upon the Defendant along with the Complaint. These videos were previously obtained by the undersigned counsel pursuant to a Public Records Request. The videos clips do not contain any information subject to redaction pursuant to Fed. R. Civ. P. 5.2.

The DVD includes four .mp4 video files, which are a chronological compilation of the Defendant's body camera footage provided by the Cumberland County Sheriff's Office: "Calloway-Dixon.3-18-21.v1.mp4," "Calloway-Dixon.3-18-21.v2.mp4," "Calloway-Dixon.3-18-21.v3.mp4," and "Calloway-Dixon.3-18-21.v4.mp4." These videos should be playable with the Windows Media Player and other standard video programs. However, the video files were recorded in a "360 degree" format and appear distorted on normal view. The DVD also contains a video player (also provided by the Cumberland County Sheriff's Office) called "FORTIFYPlayer Setup 0.0.3.exe" which will allow the videos to be played in full 360-degree view.

Respectfully submitted,

/s/ David J. Weissman
**David J. Weissman (BPR #25188)**
**Benjamin K. Raybin (BPR #029350)**
RAYBIN & WEISSMAN, P.C.
424 Church Street, Suite 2120
Nashville, Tennessee 37219
(615) 256-6666
(615) 254-4254- fax
DWeissman@NashvilleTNLaw.com
BRaybin@NashvilleTNLaw.com